UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, NICHOLAS ENGSTROM, | Case No.: 1:21-cv-00636-MC |
| **Plaintiffs,** | ORDER |
| v. | |
| ASANTE, ASANTE PHYSICIAN PARTNERS, AND DR. CHARLES CARMECI, | |
| **Defendants.** | |

The United States of America and Relator, having submitted their joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), and for good cause shown, the Court rules as follows:

IT IS ORDERED that,

1.      All claims in this action against all Defendants are dismissed with prejudice as to Relator Nicholas Engstrom;

**Order**                                                                                                    **Page  1**

2.      All claims in this action against all Defendants are dismissed with prejudice as to

the United States insofar as those claims fall within the meaning of "Covered Conduct" as

defined in the Parties' settlement agreement, and without prejudice as to all other claims.

3.      The seal shall be lifted upon Relator's Complaint, the United States' Notice of

Election to Intervene, the United States' and Relator's Stipulation of Dismissal, and this Order,

which will be served upon counsel for Asante, Asante Physician Partners, and Dr. Charles

Carmeci by the United States;

4.      The seal shall be lifted as to all matters occurring in this action after the date of

this Order.

5.      All other contents of the Court's file in this action shall remain under seal and not

be made public.

DATED this _____ day of _____, 2023.


                                                      _____
                                                      MICHAEL J. MCSHANE
                                                      United States District Judge

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney


/s/ Alexis A. Lien_____
**ALEXIS A. LIEN, OSB #110569**
Assistant United States Attorney